3 So.2d 915

## Ex parte Eloise J. DRENNEN et al.

### 6 Div. 860.

Supreme Court of Alabama.

April 17, 1941.

Rehearing Denied April 22, 1941.

Brown & Bell, of Birmingham, for petitioners.

R. G. Kelton, of Oneonta, for respondent

702

PER CURIAM.

Let rule nisi issue.

All the Justices concur, except KNIGHT, J., not sitting.